1  Morgan T. Petrelli, Esq.
   Nevada Bar No. 13221
2  SNELL & WILMER L.L.P.
   3883 Howard Hughes Parkway, Suite 1100
3  Las Vegas, NV 89169
   Telephone: 702.784.5200
4  Facsimile: 702.784.5252
   Email: mpetrelli@swlaw.com
5
   John E. Phillips (*Admitted Pro Hac Vice*)
6  Raquel Ramirez Jefferson (*Admitted Pro Hac Vice*)
   Jason A. Pill (*Admitted Pro Hac Vice*)
7  PHELPS DUNBAR LLP
   100 South Ashley Drive, Suite 2000
8  Tampa, FL 33602
   Telephone: 813.472.7550
9  Facsimile: 813.472.7570
   Email: john.phillips@phelps.com
10         raquel.jefferson@phelps.com
           jason.pill@phelps.com
11
   *Attorneys for Defendant*
12 *PODS ENTERPRISES, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DORREN R. ODUNSI,<br><br>   Plaintiff,<br><br>  vs.<br><br>PODS ENTERPRISES, LLC, a Foreign Limited Liability Company,<br><br>   Defendant. | Case Number: 3:19-cv-00145-MMD-WGC<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

  IT IS HEREBY STIPULATED by and between Plaintiff Dorren R. Odunsi ("Plaintiff") and Defendant PODS Enterprises, LLC ("Defendant"), by and through their respective attorneys of record, that all Plaintiff's claims asserted against Defendant in the above-captioned matter shall be and hereby dismissed with prejudice, with each party to bear her or its own costs and attorneys' fees.

///

///

///

PD.27966350.1

-1-

Each party shall bear its own attorney's fees and costs.

DATED this 10th day of March, 2020.                DATED this 10th day of March, 2020.

**PHELPS DUNBAR, LLP**                             **THE GEDDES LAW FIRM, P.C.**

*Electronic Signature Authorized*

By ____/s/ Raquel R. Jefferson_____             By _____
Morgan T. Petrelli, Nevada Bar No. 13221           William J. Geddes, Nevada Bar No. 6984
3883 Howard Hughes Parkway, Suite 1100             8600 Technology Way, Suite 107
Las Vegas, NV 89169-5958                           Reno, NV 89521

John E. Phillips (Admitted *Pro Hac Vice*)         *Attorneys for Plaintiff Dorren R. Odunsi*
Raquel Ramierz Jefferson (Admitted *Pro Hac Vice*)
Jason A. Pill *(Admitted Pro Hac Vice)*
**PHELPS DUNBAR LLP**
100 South Ashley Drive, Suite 2000
Tampa, FL 33602-5315

*Attorneys for Defendant PODS ENTERPRISES, LLC*

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT COURT JUDGE

  Mrach 11, 2020
_____
DATE

4825-0728-6451

- 2 -

PD.27966350.1